

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,736-01 & -02

### EX PARTE MATTHEW MASON MCKNIGHT, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 30056A & 30056B IN THE 3RD JUDICIAL DISTRICT COURT FROM ANDERSON COUNTY

*Per curiam.*

### **O R D E R**

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of possession of a controlled substance with intent to deliver and sentenced to thirty years' imprisonment for count one and twenty years' imprisonment for count two. The Twelfth Court of Appeals affirmed Applicant's convictions in *McKnight v. State*, No. 12-11-00365-CR (Tex. App.—Tyler July 31, 2013)(not designated for publication).

Applicant's claim concerning pre-sentence jail time credit is dismissed. *Ex parte Florence*,

319 S.W.3d 695 (Tex. Crim. App. 2010); *Ex parte Ybarra*, 149 S.W.3d 147 (Tex. Crim. App. 2004). Based on this Court's independent review of the record, we find that Applicant's remaining claims are without merit. Therefore, we deny relief.

Filed: May 13, 2015
Do not publish